IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER BEASON,
    Plaintiff,

    v.

SCI MAHANOY,
    Defendant.

C.A. No. 13-247 Erie

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on August 12, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on October 9, 2013, recommended that this case be dismissed for Plaintiff's failure to prosecute. Service was made on Plaintiff by mail at SCI Fayette, where he is incarcerated. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 22ᴅ Day of November, 2013;

IT IS HEREBY ORDERED that this case is DISMISSED for Plaintiff's failure to prosecute.

The report and recommendation of Magistrate Judge Baxter, dated October 9, 2013, is adopted as the opinion of the court.

MARK R. HORNAK
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record